STATE of Missouri, Plaintiff/Respondent,

v.

Robert E. NETTLES,
Defendant/Appellant.

No. 72549.

Missouri Court of Appeals,
Eastern District,
Division One.

April 21, 1998.

Kent Denzel, Asst. Public Defender, Columbia, for defendant/appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Gregory L. Barnes, Asst. Atty. Gen., Jefferson City, for plaintiff/respondent.

Before GRIMM, P.J., and PUDLOWSKI and GARY M. GAERTNER, JJ.

### ORDER

PER CURIAM.

A jury convicted defendant of two felony counts, first degree assault and armed criminal action. The trial judge sentenced him to concurrent terms of fifteen and twenty years imprisonment.

On appeal, defendant raises three points. We have studied the briefs, legal file, and transcript. No error of law appears and no jurisprudential purpose would be served by a written opinion.

The judgments and sentences are affirmed pursuant to Rule 30.25.